UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREG COHEN PROMOTIONS, LLC,<br><br>           *Plaintiff*,<br>v.<br><br>OFFABBOT, LLC, et al.,<br><br>           *Defendants.* | Civil Action No. 20-20243(MCA)<br><br>ORDER |

      **THIS MATTER** comes before the Court by way of plaintiffs' motion to remand this case to state court, ECF No. 12;

      and it appearing that Judge Wettre issued a Report and Recommendation dated June 28, 2021, in which Judge Wettre recommended that this Court deny plaintiffs' motion to remand, ECF. No. 23; and

      it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

      it appearing that for the reasons set forth in Judge Wettre's Report and Recommendation;

      **IT IS** on this 28th day of July, 2021,

      **ORDERED** that Judge Wettre's Report and Recommendation dated June 28, 2021, is **ADOPTED** and plaintiffs' motion to remand ECF. No. 23 is **DENIED.**

      *s/ Madeline Cox Arleo*
      **Hon. Madeline Cox Arleo**
      **United States District Judge**