

Paykin Krieg & Adams, LLP
10 Grand Central
155 East 44th Street, 6th Fl.
New York, NY 10017
Tel: (212) 725-4423
Cell (347) 879-2345

**David A. Schrader, Partner**
**Paykin Krieg & Adams, LLP**
**NY & NJ Bars**
**Email: dschrader@PKA-law.com**

November 11, 2021

**ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building/U.S. Courthouse
50 Walnut Street, Courtroom MLK 4A
Newark, New Jersey 07101

Hon. Leda D. Wettre, U.S.M.J.
United States District Court
Martin Luther King Building/U.S. Courthouse
50 Walnut Street, Courtroom MLK 4A
Newark, New Jersey 07101

      Re:    Greg Cohen Promotions v. Offabbot LLC et al.
                Docket No. 2:20-cv-20243

Dear Judge Arleo and Magistrate Judge Wettre:

      This law firm represents the plaintiff in the above matter.  We submit this joint letter on behalf of all parties to notify the Court that the parties have reached a confidential settlement of the above action.  The settlement requires the parties to take certain actions on or before December 10, 2021 in order for the settlement to be fully consummated.

      Pursuant to the last scheduling Order entered by the Court [DN 29], the parties are required to complete jurisdictional discovery on or before December 31, 2021.  A case management conference was also scheduled for December 8, 2021.  Because of the settlement, the parties would respectfully request to adjourn the case management conference until a few



days after the parties December 10th deadline to complete the settlement.  The parties expect to be able to dismiss this matter with prejudice shortly after this date.  We thank the Court for its assistance in this matter.

                                                Respectfully Submitted,

                                                *David Schrader*

                                                David A. Schrader

cc: all counsel by ECF